Susan **HESTER–CARRILLO,**
**Plaintiff–Appellant,**

v.

Honorable Ann **KORBEL–ALBRIGHT;** Anne **Hurwitz,** Senior Court Evaluator Visitation Supervision Program; Lewis **Nordan,** Therapist II; Isiah **Leggett,** Montgomery County Executive; Chris **Kunz,** Attorney, Defendants–Appellees.

No. 15–1426.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Susan Hester–Carrillo, Appellant Pro Se.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Hester–Carrillo appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hester–Carrillo v. Korbel–Albright,* No. 8:15–cv–00012–PWG (D.Md. Mar. 24, 2015). We deny Hester–Carrillo's motion for transcripts at Government

expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*